UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-cv-25164-BLOOM/Elfenbein

BRIDLINGTON BUD LTD,

    Plaintiff,

  v.

The Partnerships, Unincorporated Associations Identified
on Schedule A,

                       Defendants.
_____/

**PLAINTIFF'S MOTION FOR CLERK'S ENTRY OF DEFAULT**

    BRIDLINGTON BUD LTD ("Plaintiff"), by and through its undersigned counsel, hereby moves the Clerk to enter default against Defendants – the Partnerships, Unincorporated Associations Identified on Schedule A attached hereto ("Defaulting Defendants"), – pursuant to Federal Rule of Civil Procedure 55(a), and states as follows:

    1.    On November 7, 2025, Plaintiff filed its Complaint. [DE 1].

    2.    On November 24, 2025, pursuant to the Court's Order [DE 12] authorizing alternative service by email, Plaintiff sent an email to all Defendants identified on Schedule A, using the email addresses provided by third-party e-commerce platforms, which included the Complaint [DE 1], the TRO Motion [DE 7], the sealed TRO Order [DE 14], the Summons [DE 13], and a link to all relevant documents: https://cloud.palmerlawgroup.com/index.php/s/nBTXYumLDsMxBNN. *See* [DE 16].

3. Under Rule 12(a)(1)(A), Defaulting Defendants' answers were due on December 15, 2025. The time allowed for Defaulting Defendants to respond has expired. Defaulting Defendants have not answered, appeared, or otherwise responded to the Complaint. No extension has been sought or granted.

4. Plaintiff is informed and believes Defaulting Defendants are not considered infants or incompetent persons. Plaintiff is further informed and believes that the Service Members Civil Relief Act does not apply to them.

WHEREFORE, Plaintiff respectfully requests that the Clerk enter a default against Defendants, the Partnerships, Unincorporated Associations Identified on Schedule A attached hereto, pursuant to Fed. R. Civ. P. 55(a).

DATED: December 16, 2025.                    Respectfully submitted,

/s/ Andrew Palmer
Andrew J. Palmer
Palmer Law Group, P.A.
401 E Las Olas Blvd, Suite 1400
Fort Lauderdale, FL 33301
Phone: 954-771-7050
ajpalmer@palmerlawgroup.com
***Attorney for Plaintiff***

## Schedule A – Defaulting Defendants

| Def. # | Seller Aliases | Defendants' Walmart Store URLs |
|---|---|---|
| 1 | JoyRide Mart | https://www.walmart.com/global/seller/102753603 |
| 2 | weihongstore | https://www.walmart.com/global/seller/102861938 |
| 3 | wangweijiedianzishangwu | https://www.walmart.com/global/seller/102916654 |
| 4 | pinshang industry | https://www.walmart.com/global/seller/101629772 |
| 5 | MingXuKaiZe | https://www.walmart.com/global/seller/102842648 |
| 6 | Mf stores | https://www.walmart.com/global/seller/101630610 |
| 7 | JUNGE- | https://www.walmart.com/global/seller/102847897 |
| 8 | ConillyLL | https://www.walmart.com/global/seller/102577858 |
| 9 | zeyetaistore | https://www.walmart.com/global/seller/102859477 |
| 10 | YINHONGSHOP | https://www.walmart.com/global/seller/102910744 |
| 11 | Xoapsiz1 | https://www.walmart.com/global/seller/102491178 |
| 12 | shuiqingning | https://www.walmart.com/global/seller/102842766 |
| 13 | Ming this trade | https://www.walmart.com/global/seller/102859373 |
| 14 | linpeifan | https://www.walmart.com/global/seller/102838870 |
| 15 | HUAERZIDIANZI | https://www.walmart.com/global/seller/102748356 |
| 16 | gansufenghushangmao | https://www.walmart.com/global/seller/102895526 |
| 17 | chenyaostore | https://www.walmart.com/global/seller/102842197 |
| 18 | YSY-dianzi | https://www.walmart.com/global/seller/102753527 |
| 19 | XUMENG Co.Ltd | https://www.walmart.com/global/seller/101673698 |
| 20 | weiyangshop | https://www.walmart.com/global/seller/102858739 |
| 21 | wangxingdianzishangwu | https://www.walmart.com/global/seller/102851952 |
| 22 | SAIBIKE | https://www.walmart.com/global/seller/102773800 |
| 23 | Muyu | https://www.walmart.com/global/seller/102490833 |
| 24 | moxiu | https://www.walmart.com/global/seller/102835705 |
| 25 | minyinghuistore | https://www.walmart.com/global/seller/102866564 |
| 26 | LiQi store | https://www.walmart.com/global/seller/101681990 |
| 27 | HONGYOHE | https://www.walmart.com/global/seller/102494066 |
| 28 | HANSHANGQU | https://www.walmart.com/global/seller/102925818 |